TERRI ANDERS HUDSON, CSR
OFFICIAL COURT REPORTER
123RD JUDICIAL DISTRICT

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/27/2015 4:59:80 PM
CATHY S. LUSK
Clerk

PANOLA COUNTY
Panola County Judicial Center
108 S. Sycamore, Room 300
Carthage, TX 75633
903.693.0315
903.693.4100 (fax)
tlahudson@yahoo.com

SHELBY COUNTY
Shelby County Courthouse
200 San Augustine St., Suite 3
Center, TX 75935
936.598.9928
903.693.4100 (fax)
tlahudson@yahoo.com

August 27, 2015

Ms. Cathy Lusk, Clerk
Twelfth Court of Appeals
1517 W. Front Street, Suite 354
Tyler, TX 75702
*DELIVERED VIA TAMES PORTAL*

RE:   Case Number:                    12-15-00197-CV
      Trial Court Case Number:        15-CV-33018

Style:  Murphy USA, Inc. and Mary Frances Maxwell, Mgr.
        v.
        Freddie J. Rose and Laureen Irving

I have received your letter dated August 26, 2015.

Please be advised that the only date I have been requested to search for in this case is July 10, 2015 and that, by agreement, there was only an off-the-record discussion held on that date.

Therefore, no record has been requested.

Thank you,

/s/ Terri Hudson, CSR